UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DARYL L. LAVENDER,

    Petitioner,

v.                                       CASE NO. 3:11-cv-319-Orl-20MCR

SECRETARY, DEPARTMENT
 OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on Petitioner's Request for Admission (Doc. No. 44,). Upon consideration, the motion is **DENIED**.

Under Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts, a party must demonstrate good cause to conduct discovery. Good cause is demonstrated "where specific allegations . . . show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he . . . is entitled to relief . . . ." *Bracy v. Bramley*, 520 U.S. 899, 908-09 (1997) (quotation omitted) (citation omitted). However, "good cause for discovery cannot arise from mere speculation" and "discovery cannot be ordered on the basis of pure hypothesis." *Arthur v. Allen*, 459 F.3d 1310, 1311 (11th Cir.2006).

Here, Petitioner's allegations are speculative, and he has not made specific allegations sufficient to show that, if allowed to conduct discovery, he may be able to

demonstrate that he is entitled to relief. Thus, there has been no showing of good cause. Further, he has failed to explain why the discovery that he seeks now is any different from the discovery that was available to him in the state courts.

      **DONE AND ORDERED** in Chambers in Jacksonville, Florida this 16th day of July, 2013.

                                   MONTE C. RICHARDSON
                              UNITED STATES MAGISTRATE JUDGE

Copies to:
OrlP-2 7/16
Daryl L. Lavender
Counsel of Record